# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**DAVID MILLER, JR.,**

    Petitioner,

v.                                            Case No. 3:17-cv-00932-BJD-JBT

                                                               **DEATH PENALTY CASE**

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

## PETITIONER'S WITNESS LIST FOR OCTOBER 21, 2021 EVIDENTIARY HEARING

COMES NOW Petitioner, by and through undersigned counsel, and submits this witness list for the October 21, 2021 evidentiary hearing.

**Witness Petitioner Intends to Call:**

1. Robert Norgard, Esq.
   310 East Main Street
   Bartow, Florida 33830
   (863) 354-0508

**Witness Petitioner May Call:**

1. Colin Kelly (Impeachment)
   Investigator, Capital Habeas Unit
   Federal Public Defender
   for the Middle District of Florida
   400 N. Tampa Street

Tampa Florida 33602
(813) 228-2715

Respectfully submitted this 7th day of October 2021,

A. FITZGERALD HALL, ESQ.,
FEDERAL DEFENDER

CAROL A. WRIGHT, ESQ.,
CHIEF, CAPITAL HABEAS UNIT

*/s Gregory W. Brown*
Gregory W. Brown, Esq.,
Assistant Federal Defender
Florida Bar # 086437
Office of the Federal Public Defender
Capital Habeas Unit
Middle District of Florida
400 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Tel: 813-228-2715
Email: greg_brown@fd.org
Secondary Email: FLM_CHU@fd.org

*/s Tennie B. Martin*
Tennie B. Martin, Esq.,
Assistant Federal Defender
Arizona Bar # 016257
Office of the Federal Public Defender
Capital Habeas Unit
Middle District of Florida
400 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Tel: 813-228-2715
Email: tennie_martin@fd.org
Secondary Email: FLM_CHU@fd.org

Counsel for the Petitioner.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Office of the Attorney General, Charmaine M. Millsaps, Assistant Attorney General, at charmaine.millsaps@myfloridalegal.com; Office of the Attorney General at capapp@myfloridalegal.com and to all interested parties of record.

Respectfully submitted,

/s Gregory W. Brown
Gregory W. Brown, Esq.
Assistant Federal Defender
Capital Habeas Unit

/s Tennie B. Martin
Tennie B. Martin, Esq.,
Assistant Federal Defender
Capital Habeas Unit

Counsel for the Petitioner.